# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY FOULKROD and REBECCA FOULKROD,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC.<br><br>　　　　Defendant. | Case No.: _____ |

## NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441

1.　　PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441(b), Defendant Hartford Underwriters Insurance Company ("Hartford"), wrongly named as "The Hartford Financial Services Group, Inc." hereby removes the above-captioned action from the Court of Common Pleas, Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania. Hartford removes this action under 28 U.S.C. § 1441(b), on the ground that this action is within the original jurisdiction of this Court. Specifically, pursuant to 28 U.S.C. § 1332(a)(1), "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000…and is between citizens of different States…" Plaintiffs Timothy Foulkrod and Rebecca Foulkrod allege that Hartford wrongfully denied Plaintiffs' claim for Underinsured Motorist benefits under Auto Policy 39PH484313-427059, issued by Hartford Underwriters Insurance Company. Plaintiff's Complaint includes Counts for Bad Faith (Count I), Breach of Contract (Count II) and Loss of Consortium (Count III) and is for $220,963.75 arising out of a motor vehicle accident. Plaintiffs are citizens of

Pennsylvania and Defendant Hartford is a Connecticut corporation, having its principal place of business in Hartford, Connecticut. Accordingly, the action is removable under 28 U.S.C. § 1441(b) and 28 U.S.C. § 1332.

## BACKGROUND

2. On May 3, 2023, Plaintiffs Timothy Foulkrod and Rebecca Foulkrod filed an action in the Court of Common Pleas of Philadelphia County in the State of Pennsylvania entitled *Timothy Foulkrod and Rebecca Foulkrod v. The Hartford Financial Services Group, Inc.*, Case No. 00409, May 2023 Term (the "State Court Action"). On March 8, 2023, service of process was effected upon Hartford at 1 Hartford Plaza, Hartford Connecticut. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders provided to Hartford in the State Court are attached to this Notice collectively as **Exhibit A**.

3. Hartford has not pleaded or answered in the State Court Action.

## TIMELINESS OF REMOVAL, JURISDICTION, AND VENUE

4. Hartford was served with a copy of the Summons and Complaint in the State Court Action no earlier than March 8, 2023. This notice is therefore timely under 28 U.S.C. § 146(b).

5. This action is within the original jurisdiction of this Court, and removal is therefore proper, under 28 U.S.C. §1332, which grants district courts "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states…"

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Eastern District of Pennsylvania is the federal judicial

district embracing the Court of Common Pleas of Philadelphia County in the State of Pennsylvania.

## BASIS FOR REMOVAL JURISDICTION

7. The Complaint alleges that Plaintiffs were wrongly denied Underinsured Motorist benefits under a Hartford auto policy. Plaintiffs allege damages in excess of $150,000, together with costs, fees, interest, and punitive damages.

8. Based on these allegations, Plaintiffs purports to assert a claim against "The Hartford Financial Services Group, Inc." located at 1 Hartford Plaza in Hartford, CT. Upon information and belief, the actual writing company for the policy at issue was the Hartford Underwriters Insurance Company, located at 1 Hartford Plaza in Hartford, CT.

9. For the reasons stated above, the action is therefore within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332, and removable pursuant to 28 U.S.C. § 1441(a).

## NOTICE TO STATE COURTS AND OTHER PARTIES

Counsel for Hartford certifies, pursuant to U.S.C. § 1446(d), that it will promptly file a copy of this Notice with the Clerk of the Court of Common Pleas of Philadelphia County in the State of Pennsylvania, and written notice is being provided to all other parties.

By filing this Notice of Removal, Hartford does not waive its right to object to service, service of process, the sufficiency of process, venue or jurisdiction, and reserves the right to assert any claims, defenses and/or objections to which it may be entitled.

WHEREFORE, the above-described action pending in the Court of Common Pleas of Philadelphia County in the State of Pennsylvania is hereby removed to the United States District Court for the Eastern District of Pennsylvania.

| | |
|---|---|
| Dated: May 26, 2023 | By:  /s/ Gerald D. Wixted<br>Gerald D. Wixted, Esq.<br>PA ID No. 54545<br>DILWORTH PAXSON LLP<br>2 Research Way<br>Princeton, NJ  08540<br>TEL:  (609) 924-6000<br>FAX:  (215) 893-8537<br>gwixted@dilworthlaw.com<br>*Attorneys for Defendant Hartford Underwriters Insurance Company, wrongly named as "The Hartford Financial Services Group, Inc."* |

## CERTIFICATE OF SERVICE

The undersigned is an attorney of record in this case and certifies that on May 26, 2023, a true and correct copy of the foregoing was sent via First Class U.S. Mail as follows:

> Robert N. Braker, Esq.
> Ryan D. Hurd, Esq.
> SALTZ MONGELUZZI BENDESKY
> 1650 Market Street, 52nd Floor
> Philadelphia PA 19103
> *Attorney for Plaintiffs Timothy and Rebecca Foulkrod*

| | |
|---|---|
| Dated:  May 26, 2023 | By:   /s/ Gerald D. Wixted<br>Gerald D. Wixted, Esq. |